O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-5663-AHM (FMOx) | Date | December 22, 2008 |
|---|---|---|---|
| Title | WEST COAST COUPON, INC. v. X-4 MEDIA, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John M. Kalajian | No Appearance |

**Proceedings:**   APPLICATION for Default Judgment against Defendants X-4 MEDIA, INC. dba NEIGHBORHOOD DIRECT, and BRAD TUCKER filed by plaintiff West Coast Coupon, Inc. [12]

Cause called; appearances made. No appearance by any defendant.

For reasons stated on the record, the Court grants plaintiff's application with a couple of modifications: (1) the interest amount needs to be adjusted; and (2) the judgment needs to include "jointly and severally" language. Judgment to issue.

| | : | 13 |
|---|---|---|
| Initials of Preparer | | SMO |