Law Office of John M. Kalajian
John M. Kalajian, SBN 66366
E-mail johnkalajian@sbcglobal.net
Mailing Address: P.O. Box 1690
Physical Address: 2551 N. Galena Ave. #1690
Simi Valley, CA 93062-1690
Telephone 805 526 8499  Fax 805 526 9595



Attorney for plaintiff, West Coast Coupon, Inc.

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST COAST COUPON, INC. <br><br> Plaintiff, <br><br> vs. <br><br> X-4 MEDIA INC. dba NEIGHBORHOOD DIRECT, BRAD TUCKER <br><br> Defendants | Case No. CV08-5663 AHM (FMOx) <br><br> HON. A. HOWARD MATZ <br><br> JUDGMENT |

This matter came on regularly for hearing upon plaintiff's Motion for Entry of Default Judgment on December 22, 2008 at 10:00 a.m. in Courtroom 14 of the United States District Court, Central District, 312 N. Spring St., Los Angeles, CA 90012.

Defendants X-4 MEDIA, INC. dba NEIGHBORHOOD DIRECT and BRAD TUCKER were regularly served with process and failed to appear, answer or otherwise respond to plaintiff's complaint filed on August 28, 2008 within the time allowed by law.

Defendants' defaults were duly entered on October 14, 2008.

Upon consideration of the moving papers and supporting declarations,

IT IS ORDERED that plaintiff WEST COAST COUPON, INC. have judgment for joint and several liability against defendants X-4 MEDIA, INC. dba NEIGHBORHOOD DIRECT and BRAD TUCKER, in the principal sum of $96,628.18, with daily interest of $27.29 per day thereon at the rate of ten percent per annum from January 18, 2008 to December 22, 2008 for 338 days in the sum of $8,946.86 and plaintiff's costs and disbursements amounting to the sum of $350.00, for a total of $105,925.04 with interest thereon as provided by law.

In addition, IT IS ORDERED that plaintiff WEST COAST COUPON, INC. have judgment against defendant BRAD TUCKER for attorney fees pursuant to Local Rule 55-3 in the sum of $5,686.

DATED: December 22, 2008

_____
Hon. A. Howard Matz
United States District Court Judge